IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br><br>             Plaintiff,<br><br>   v.<br><br>CHRISTINA GEGENHEIMER, et al.,<br><br>             Defendants. | HONORABLE JEROME B. SIMANDLE<br><br>Civil No. 08-3051 (JBS)<br><br>**ORDER** |

     Plaintiff Prudential Insurance Company of American ("Plaintiff") having submitted this interpleader complaint against Defendants Christina Gegenheimer, Michele L. Gegenheimer, ("Defendant Michele"), Emily Hogan ("Defendant Hogan"), and Tina L. Miller, seeking resolution of disputed claims for a death benefit, and it appearing that:

     1.  Defendant Michele is a minor.  (Compl. ¶ 4; Def. Hogan Answer at 5.)

     2.  Defendant Hogan is the mother of Defendant Michele. (Compl. ¶ 3; Def. Hogan Answer at 5.)

     3.  Defendant Hogan asks that all proceeds from the death benefit be paid to Defendant Michele's trustees.  (Def. Hogan Answer at 3.)

     4.  Both Plaintiff and Defendant Hogan ask that the Court appoint Defendant Hogan as guardian <u>ad litem</u> for Defendant Michele pursuant to Rule 17(c), Fed. R. Civ. P.  (Compl. at 5; Def. Hogan Answer at 3.)

    5.   There is no conflict of interest between Defendant Hogan and Defendant Michele.

    THEREFORE, IT IS this __9th__ day of **December, 2008** hereby

    ORDERED that Defendant Emily Hogan be appointed guardian <u>ad litem</u> for minor Defendant Michele L. Gegenheimer pursuant to Rule 17(c), Fed. R. Civ. P..


                                **<u>s/ Jerome B. Simandle</u>**
                                JEROME B. SIMANDLE
                                United States District Judge